# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
### ALBANY DIVISION

JOHN ANTHONY CASTRO )
12 Park Place, Mansfield, TX 76063 )
  )
    Plaintiff, )
  )
v. )
  )
NEW YORK STATE BOARD OF )
ELECTIONS )
40 North Pearl Street, Suite 5, Albany, NY )
12207-2729 )
  )
  )
DONALD JOHN TRUMP )
1100 S. Ocean Blvd, Palm Beach, FL 33480 )
  )
  )
    Defendants. )

Case No. 1:23-cv-01223

```
U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
DEC 11 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany
```

## NOTICE OF VOLUNTARY DISMISSAL OF CASE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

Dated: December 7, 2023.

Respectfully submitted,

By: /s/ John Anthony Castro

John Anthony Castro
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

```
U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
DEC 11 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany
```

## CERTIFICATE OF SERVICE

On December 7, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.  If not, they will be served via U.S. postal mail.

/s/ John Anthony Castro
John Anthony Castro



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

pected delivery date specified for domestic use.

mestic shipments include $100 of insurance (restrictions apply).*

PS Tracking® service included for domestic and many international destinations.

nited international insurance.**

en used internationally, a customs declaration form is required.

ance does not cover certain items. For details regarding claims exclusions see the
stic Mail Manual at *http://pe.usps.com.*

International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# AT RATE ENVELOPE

RATE ■ ANY WEIGHT

ACKED ■ INSURED

**U.S. DISTRICT COURT**
**JOHN M. DOMURAD, CLERK**
**DEC 11 2023**
**RECEIVED**

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

---

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 7 FLAT-RATE ENVELOPE
ComBasPrice

062S0001443309
9800532
FROM 75240

stamps
endicia
12/08/2023

# P  USPS PRIORITY MAIL ®



John Castro
Castro & Co.
13155 Noel Road, Suite 900
Dallas TX 75240-6882

SHIP
TO:

US District Clerk
445 Broadway Ste 509
Albany NY 12207-2925

## USPS TRACKING #

9405 5112 0620 4403 5442 47